UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN D. KETZNER, #119069, and
WILLIAM D. LOVETT, #118387

        Plaintiffs,

                                         File No. 4:06-CV-73

v.

                                       HON. ROBERT HOLMES BELL

RAY M. WILLIAMS, et al.,

        Defendants.
_____/

## ORDER AND JUDGMENT ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**IT IS HEREBY ORDERED** that the October 23, 2007, Report and Recommendation ("R&R") of the Magistrate Judge (Dkt. No. 45) is **APPROVED** and **ADOPTED** as the opinion of the Court as modified.

**IT IS FURTHER ORDERED** that the objections to the R&R filed by Defendants Ketzner and Lovett (Dkt. Nos. 46, 54) are **GRANTED IN PART and DENIED IN PART.** All of the objections are denied except Defendant Lovett's objection to the finding that he failed to exhaust his First Amendment and RLUIPA claims against Defendant Fether in his first grievance.

**IT IS FURTHER ORDERED** that Defendants' motion to dismiss and/or for summary judgment (Dkt. No. 26) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff Ketzner's claims for declaratory and injunctive relief are **DISMISSED** as moot.

**IT IS FURTHER ORDERED** that Plaintiffs' claims, with the exception of those claims identified in section 4 of the R&R as being exhausted (R&R 20-25), and Plaintiff's First Amendment and RLUIPA claims against Defendant Fether, are **DISMISSED** for lack of exhaustion.

**IT IS FURTHER ORDERED** that **JUDGMENT** is entered in favor of Defendants on all remaining claims.

This case is **CONCLUDED**.

Dated: <u>September 30, 2008</u>                     /s/ Robert Holmes Bell
                                                       ROBERT HOLMES BELL
                                                       UNITED STATES DISTRICT JUDGE